UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:05CR419-C |
| | ) | |
| vs. | ) | **WRIT OF HABEAS CORPUS** |
| | ) | **AD PROSEQUENDUM** |
| LAMARCUS ANTONIO HUDSON | ) | |
| DOB: 1/16/81 (B/M) | ) | |
| PID # - 227056Z | ) | |

THE PRESIDENT OF THE UNITED STATES OF AMERICA:

TO: The Director, Bureau of Prisons, Washington, D.C.
TO: U.S. Marshal, Western District of North Carolina, Charlotte, NC
TO: Mecklenburg County Jail - 801 East Fourth Street, Charlotte, North Carolina, (704)336-8100

IT IS ORDERED that you have the body of **LAMARCUS ANTONIO HUDSON**, now detained in the Mecklenburg County Jail, under safe and secure conduct, before the District Court Judge of the United States District Court in and for the Western District of North Carolina, at the courtroom in the City of Charlotte, North Carolina, FORTHWITH, on or before: 2/7/06 at 10:00 a.m. to make an initial appearance before the Court on charges contained in a certain Indictment now pending in said court against the defendant.

It is further ORDERED that immediately after the said case shall have been disposed of, the defendant be returned to the Mecklenburg County Jail, Charlotte, North Carolina under safe and secure conduct, and have you then and there this writ.

Witness the undersigned United States Magistrate Judge for the Western District of North Carolina at Charlotte, North Carolina, and the Seal of this Court, this 11th day of Jan., 2005.

_____
UNITED STATES MAGISTRATE JUDGE